IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| LITTLE LAMB SCHOLASTIC ACADEMY, INC. | ) Hon. Jacqueline P. Cox |
| | ) |
| Debtor. | ) Case No. 10-05268 |
| | ) |
| | ) Hearing: March 30, 2010 at 9:30 am |

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS THE BANKRUPTCY CASE

THIS MATTER CAME TO BE HEARD on the motion of Debtor to Dismiss its Chapter 7 Bankruptcy Case, due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

Debtor's Chapter 7 Bankruptcy Case No. 10-05268 is dismissed.

Dated:                                                                   BY THE COURT

_____
The Honorable Jacqueline P. Cox
United States Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.