## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| Little Lamb Scholastic Academy, Inc. | ) | Case No.: 10-05268 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

### ORDER FOR RELIEF FROM STAY

This matter coming for hearing on the motion for relief from the debtor automatic stay of Highland Community Bank, notice having been given to all parties entitled hereto, the Court having the power and authority over the parties and the subject matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED: 1) The automatic stay as it relates to the bankruptcy debtor Little Lamb Scholastic Academy, Inc. is hereby modified to permit Highland Community Bank to foreclose on its interest in collateral with respect to real property located at 10126 S. Western Avenue, Chicago, IL 60643, and as such, Highland Community Bank is permitted to take any action as allowed or required by Illinois foreclosure law, and ~~2) the wait period pursuant to Federal Rule of Bankruptcy 4001(a)(3) is hereby waived and not applicable; 3) the debtor is banned from filing another petition~~ for 180 days pursuant to 11 U.S.C. § 109(g). /PSH/

DATE: MAR - 4 2010

ENTER _____
JUDGE

Alan I. Ehrenberg
aehrenberg@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
330 N. Wabash Ave., Suite 2905
Chicago, Illinois 60611
(312) 253-8640