IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LITTLE LAMB SCHOLASTIC ACADEMY, INC., | ) ) ) | No. 09 B 46211 Chicago, Illinois 9:30 a.m. |
| Debtor. | ) | February 9, 2010 |

TRANSCRIPT OF PROCEEDINGS BEFORE THE
HONORABLE JACQUELINE P. COX

APPEARANCES:

For the Debtor:              Mr. Vik Chaudhry;

For Highland Community Bank: Mr. Alan Ehrenberg;

Court Reporter:              Nicole Abbate, CSR
                             U.S. Courthouse
                             219 South Dearborn
                             Room 661
                             Chicago, IL  60604.

1     THE CLERK: Little Lamb Scholastic
2  Academy, Inc., 09 B 46211.
3     MR. EHRENBERG: Good morning, Your
4  Honor. Alan Ehrenberg on behalf of Highland
5  Community Bank.
6     MR. CHAUDHRY: Good morning, Your
7  Honor. Vik Chaudhry on behalf of the debtor.
8     THE COURT: Good morning to both of
9  you.
10    MR. CHAUDHRY: This is our motion to
11 dismiss. I've spoken to the trustee, and she
12 communicated to me that she wouldn't consent to the
13 dismissal until the trustee's fees were paid. Those
14 funds are in transit right now.
15    I propose two alternatives: (1) we
16 could enter the order dismissing the case with the
17 stipulation that the case is only dismissed so long
18 as the funds are paid to the trustee today in
19 certified funds.
20    THE COURT: When do you think the fees
21 will be paid?
22    MR. CHAUDHRY: Today. They're in
23 transit right now to Chicago.
24    THE COURT: From where, the suburbs or
25 something?

1    MR. CHAUDHRY: Like south suburbs, I
2    believe. But they're in transit via carrier right
3    now.
4    MR. EHRENBERG: Of course, I don't
5    care about the dismissal. I just want the stay
6    modified.
7    THE COURT: That's right. That
8    hearing is up today.
9    MR. CHAUDHRY: We have no defenses to
10   that.
11   THE COURT: All right. This is what
12   I'm going to do. I'm going to lift the stay. I'm
13   going to dismiss the case. I'll wait until the end
14   of the day to sign the order. When I see -- I don't
15   know if it goes on the docket.
16   The fees don't get -- that won't be on
17   the docket today, will it, the U.S. Trustee's fees?
18   THE CLERK: No.
19   THE COURT: All right. This is what
20   I'm going to do: I'm going to lift the stay. I'm
21   going to grant the motion to dismiss, but I'll hold
22   the order until I see the payment of the fees. It
23   may take a day or so.
24   MR. CHAUDHRY: Okay.
25   THE COURT: We'll just have to

4

1  communicate with the U.S. Trustee. But the stay will
2  be lifted as to the lender, Highland Community Bank.
3              MR. EHRENBERG: That's correct. Do
4  you want me to draft a minute order with respect to
5  that, Judge?
6              THE COURT: To the dismissal?
7              MR. EHRENBERG: No, as to the
8  modification of the stay. He has an order --
9              THE COURT: I have an order.
10             MR. EHRENBERG: Yeah, okay. But I
11 have a sale that's been continued to February 12th,
12 and I just want to make sure that -- but I'm sure
13 that it will be paid.
14             THE COURT: You want to change this
15 order?
16             MR. CHAUDHRY: I have another order --
17 I've been speaking with opposing counsel. I have
18 another order saying that the case is dismissed and
19 that the stay is also lifted.
20             THE COURT: Well, I'll just enter a
21 separate order as to the motion to lift stay. And
22 the motion to dismiss order will probably be signed
23 no later than today or so.
24             Do you all get a receipt immediately
25 from the U.S. Trustee or what, that somebody can

1  communicate to my chambers?

2      MR. CHAUDHRY:  What I could do is I
3  could talk to the U.S. Trustee.  And we're going to
4  actually drop it off to the office today.  We can
5  call your chambers.

6      THE COURT:  I'll tell you what, I'll
7  dismiss the case.  If it doesn't get paid, the U.S.
8  Trustee knows how to come in and ask that the
9  dismissal be vacated.

10      MR. EHRENBERG:  Okay.  Then I don't
11  need a separate order.  That order is fine.

12      THE COURT:  There are -- I'd rather do
13  separate orders for docketing purposes.

14      MR. EHRENBERG:  Okay.

15      THE COURT:  For docketing purposes,
16  it's a lot easier.

17      MR. EHRENBERG:  Okay.  Then I'll draft
18  a minute order.

19      THE COURT:  There's an order
20  dismissing.

21      MR. EHRENBERG:  Oh, okay.

22      THE COURT:  All right.  I'll sign this
23  order.

24      MR. CHAUDHRY:  Thank you very much,
25  Your Honor.

6

1         (Which were all the proceedings had in
2         the above-entitled cause, February 9,
3         2010, 9:30 a.m.)
4 I, NICOLE ABBATE, DO HEREBY CERTIFY
5 THAT THE FOREGOING IS A TRUE AND ACCURATE
6 TRANSCRIPT OF PROCEEDINGS HAD IN THE ABOVE-
7 ENTITLED CAUSE.