IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| LITTLE LAMB SCHOLASTIC ACADEMY, INC. | ) Hon. Jacqueline P. Cox |
| | ) |
| | ) |
| Debtor. | ) Case No. 10-05268 |
| | ) |
| | ) Hearing: March 30, 2010 at 9:30 am |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on <u>March 30, 2010 at 9:30 am</u>, I shall appear before the Honorable Jacqueline P. Cox, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtor's **Motion to Dismiss Chapter 7 Bankruptcy Case,** a copy of which is enclosed and is herewith served upon you.  At which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram , #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I served a true and correct copy of the above and foregoing notice and the document to which it refers on the parties listed on the attached service list, on February 23, 2010, either by electronic filing through ECF, or by regular U.S. mail.

/s/ Forrest L. Ingram

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 7
)
LITTLE LAMB SCHOLASTIC ACADEMY, INC. ) Hon. Jacqueline P. Cox
)
)
Debtor. ) Case No. 10-05268
)
) Hearing: March 30, 2010 at 9:30 am

### MOTION TO DISMISS THE CHAPTER 7 BANKRUPTCY CASE

Now comes the Debtor LITTLE LAMB SCHOLASTIC ACADEMY, INC. (the "Debtor"), by and through its attorneys, Forrest L. Ingram, P.C., and moves this Honorable Court to Dismiss its Chapter 7 Bankruptcy Case. In support thereof, the Debtor states as follows:

1. Debtor filed its Chapter 7 bankruptcy case on February 11, 1010.

2. After conversations with the sole secured creditor and the Chapter 7 Trustee, Debtor's counsel is convinced that there is no equity in the secured property.

3. Other than the real property, the estate does not possess any assets of measurable value.

4. Thus, even if the Chapter 7 case were administered, no funds would be available for unsecured creditors, since the Debtor has no equity in its real estate and all available funds would go towards payments of administrative claims, secured creditors, and priority claimants.

5. Debtor is serving a copy of this Motion to Dismiss upon the Trustee and all all of its secured, priority and unsecured creditors.

WHEREFORE, the Debtor, Little Lamb Scholastic Academy, Inc., respectfully requests that this Honorable Court dismiss its bankruptcy case. Debtor also asks for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

LITTLE LAMB SCHOLASTIC ACADEMY, INC.

By:    /s/ Forrest L. Ingram
       One of its attorneys

Forrest L. Ingram , #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858