Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 10–05268
Chapter: 7
Judge: Pamela S. Hollis

In Re:
   LITTLE LAMB SCHOLASTIC
   ACADEMY, INC.
   1431 Troon
   Flossmoor, IL 60422

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   36–4116066

---

**NOTICE OF DISMISSAL**


You are hereby notified that an Order Dismissing the above case was entered on March 30, 2010




                        FOR THE COURT


Dated: March 31, 2010                              <u>Kenneth S. Gardner , Clerk</u>
                                                      United States Bankruptcy Court