# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–1 | User: dramey | Date Created: 3/31/2010 |
| Case: 10–05268 | Form ID: ntcdsm | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | LITTLE LAMB SCHOLASTIC ACADEMY, INC. | 1431 Troon   Flossmoor, IL 60422 |
| tr | Norman B Newman   Much Shelist Freed Denenberg | 191 North Wacker Drive Ste 1800   Chicago, IL 60601 |
| aty | Forrest L Ingram   Forrest L. Ingram, P.C. | 79 W Monroe Street   Suite 900   Chicago, IL 60603 |
| 15089331 | Alan I. Ehrenberg   330 N. Wabash Ave.   Suite 2905 | Chicago, IL 60611–3586 |
| 15089330 | Alan I. Ehrenberg   330 N. Wabash Ave., Suite 2905 | Chicago, IL 60611–3586 |
| 15089332 | Archdiocese of Chicago   Office of Legal Counsel | 835 N. Rush St.   Chicago, IL 60611 |
| 15089333 | Canon Copier   311 S. Wacker | Chicago, IL 60606 |
| 15089334 | Canon Copier   311 W. Wacker | Chicago, IL 60606 |
| 15089335 | Fun Ones, Inc.   c/o Grabowski Law Center | 1400 E. Lake Cook Rd., Suite 110   Buffalo Grove, IL 60089 |
| 15089336 | Gary and Pamela Walker   1431 Troon | Flossmoor, IL 60422 |
| 15089337 | Great American Finance Company   c/o Heller &Fristone, Ltd. | 33 N. LaSalle, Suite 1200   Chicago, IL 60602 |
| 15089338 | Highland Community Bank   1701 W. 87th St. | Chicago, IL 60620 |
| 15089339 | IDES   33 S. State St.   10th Floor | Chicago, IL 60605 |
| 15089340 | IL Dept. of Employment Security   PO Box 803412 | Chicago, IL 60680–3412 |
| 15234190 | Illinois Department of Employment Security   33 South State Street | Chicago, Illinois 60603   Attn: Bankruptcy Unit – 10th flr. |
| 15089341 | Pamela Walker   1431 Troon | Flossmoor, IL 60422 |
| 15089342 | Perfect Copy, Inc.   c/o Edgerton &Edgerton | 125 Wood Street   West Chicago, IL 60186 |
| 15089343 | Third Baptist of Chicago   1551 W. 95th St. | Chicago, IL 60620 |
| 15089344 | Tumblebears Gymnastics, Inc.   c/o J. W. Lindsay | P.O. Box 5908   Bloomington, IL 61702 |

TOTAL: 19