# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis  **Date** March 30, 2010

**Bankruptcy Case No.** 10 B 05268  **Adversary No.**

**Title of Case** Little Lamb Scholastic Academy, Inc.

**Brief Statement of Motion** Motion for sanctions against attorney for debtor by Highland Community Bank.

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Debtor to file a response on or before April 27, 2010.

Highland Community Bank's reply is due on or before May 11, 2010.

*/s/ Pamela S. Hollis* 3/16